

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

**Darcel D. Clark**
*District Attorney*

198 East 161st Street
Bronx, NY 10451

Phone 718-838-7322
Fax:   718-590-6523

Filed via Electronic Case Filing
The Honorable Sarah L. Cave
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
500 Pearl Street, Room 702
New York, NY 10007

November 20, 2019

Re: *Phillip Washington v. Thomas Griffin*
17-cv-03849-LSG-SLC

Your Honor:

     Our office represents the respondent in the above-entitled habeas corpus proceeding. I am aware of Your Honor's order that this Officer refile exhibit two of the Declaration of Mr. Ramandeep Singh. The electronic copy of that file was incomplete, as the scanned exhibit only contains every other page. Today, I was informed by the Supervisor of Record Services, that the appeals file that should contain the document has been located and is being sent to our office. The Supervisor estimates that it will arrive at our office on Monday, November 24, 2019.

     Per Your Honor's earlier order, I was instructed to file the completed file "as soon as the files are returned from Iron Mountain file storage facility, but no later than Friday, November 22, 2019." In view of this recent development, I humbly request that we be permitted to file the documents as soon as they arrive at the District Attorney's Office. Due to my adversary's incarcerated status, I have not sought his consent to this further adjournment. If you have any questions, I am available by phone at (718) 838-6144 or via e-mail at mciverr@bronxda.nyc.gov.

> Defendant's request for an extension of time (ECF No. 18) is granted. Defendant is **ORDERED** to refile exhibit two to the Declaration of Ramandeep Singh by **Wednesday, November 27, 2019**. The Clerk of Court is respectfully directed to close ECF No. 18 and mail a copy of this Order to Plaintiff at the address below.
>
> SO ORDERED   11/21/19

Sincerely,

Robert C. McIver
Assistant District Attorney

cc:   Mr. Phillip Washington
       DIN: 11-A-0828
       Green Haven Correctional Facility
       P.O. Box 4000
       Stormville, New York, 12582

SARAH L. CAVE
United States Magistrate Judge