# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

PHILLIP WASHINGTON,

                Plaintiff,

-against-

THOMAS GRIFFIN, SUPERINTENDENT,
                Defendant.

-----------------------------------------------------------X

17 CIVIL 3849 (LGS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 17, 2020, the Report and Recommendation is adopted in full and the petition is dismissed in its entirety; It is further ORDERED, the Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1)(A), as petitioner has not "made a substantial showing of the denial of a constitutional right."

**DATED:** New York, New York
          January 21, 2020

                                                  RUBY J. KRAJICK
                                                  Clerk of Court

BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/21/2020